IN THE SUPREME COURT OF TEXAS

 No. 11-0552

 IN RE JOHN WALTER COBB AND ELIZABETH COBB

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief, filed July 15, 2011, is
granted. The Order on Amended Motion to Quash, dated April 5, 2011, in
Cause No. CIV 25177, styled Joyce Cobb v. The Estate of John Vernon Cobb,
et al., in the 411th District Court of Polk County, Texas, is stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 14, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk